**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

LEONARD TREMELLE CURRENCE,     :    No. 77 WM 2019

        Petitioner           :

         v.              :

COMMONWEALTH OF PENNSYLVANIA,    :
PENNSYLVANIA BOARD OF
PROBATION & PAROLE,           :

        Respondent        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.